Núm. 7984.—INSULAR MERCANTILE Co., aplda. *v.* CRESPO, aplte.— Julio 26, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Examinada la moción que antecede, y apareciendo omitida por inadvertencia de la sentencia dictada por esta Corte en julio 19, 1940, el pronunciamiento en cuanto a las costas requerido por la ley, entiéndase enmendada por la presente la dicha sentencia en el sentido de agregar a la misma las palabras *con costas*; y en cuanto a ''la cuantía de costas y honorarios de abogado'', no ha lugar a la reconsideración solicitada.

El Juez Asociado Sr. De Jesús no intervino.